# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

BILLY O. BROWN,
   Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,
   Defendant.

Case Number: 1:13-cv-168

Litkovitz, M.J.

**ORDER**

This matter is before the Court on the parties' Joint Stipulation for Award of Attorney Fees under the Equal Access to Justice Act (Doc. 26). The parties have stipulated and petitioned the Court to enter an order awarding attorney fees in the sum of $4000.00 under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. The parties have stipulated that this award "will fully satisfy any and all of [p]laintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412, that may be payable in this case." (Doc. 26). Further, "[a]ny fees paid belong to [p]laintiff and can be offset to satisfy any pre-existing debt that [p]laintiff owes the United States, pursuant to the decision in *Astrue v. Ratliff*, 560 U.S. 586 (2010)." *Id.* (internal citation omitted).

The Court **GRANTS** the parties' Stipulation to Award EAJA Fees and plaintiff is awarded a total amount of $4,000.00. Plaintiff's motion for attorney fees (Doc. 20) is **DENIED** as moot.

**IT IS SO ORDERED**.

2/24/15
Date

Magistrate Judge Karen L. Litkovitz
United States District Court